# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATISHA LINDA KAYE WOODS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:20-cv-01110-SAB<br><br>ORDER RE STIPULATION EXTENDING BRIEFING SCHEDULE<br><br>(ECF No. 15) |

On May 3, 2021, a stipulation was filed to extend time for Plaintiff to file her opening brief.

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff's opening brief shall be filed on or before **June 11, 2021**;

2. Defendant's opposition brief shall be filed on or before **July 12, 2021**; and

3. Plaintiff's reply, if any, shall be filed on or before **July 27, 2021**.

IT IS SO ORDERED.

Dated: **May 4, 2021**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE