# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATISHA LINDA KAYE WOODS,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No. 1:20-cv-01110-SAB<br><br>ORDER RE STIPULATION EXTENDING BRIEFING SCHEDULE<br><br>(ECF No. 20) |

Defendant's opposition brief is currently due July 26, 2021. On June 30, 2021, a stipulation was filed to extend time for Defendant to file an opposition brief due to the current workload of the regional office. (ECF No. 20.)

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant's opposition brief shall be filed on or before **August 24, 2021**; and
2. Plaintiff's reply, if any, shall be filed on or before **September 8, 2021**.

IT IS SO ORDERED.

Dated:   **July 1, 2021**

UNITED STATES MAGISTRATE JUDGE

1