# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATISHA LINDA KAYE WOODS,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:20-cv-01110-SAB<br><br>ORDER RE STIPULATION EXTENDING BRIEFING SCHEDULE<br><br>(ECF No. 22) |

Defendant's opposition brief is currently due August 24, 2021, following a first extension granted on July 1, 2021. (ECF No. 21.) On August 20, 2021, a second stipulation was filed to further extend the time for Defendant to file an opposition brief due to the current extraordinary workload of the regional office, and an unexpected out of state funeral. (ECF No. 22.) The Court finds good cause to grant the stipulated request.

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant's opposition brief shall be filed on or before **September 23, 2021**; and
2. Plaintiff's reply, if any, shall be filed on or before **October 8, 2021**.

IT IS SO ORDERED.

Dated: __**August 20, 2021**__

UNITED STATES MAGISTRATE JUDGE

1